**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,        ) | CR 03-1118-PHX-PGR |
|                                  ) | CR 01-0176-TUC-PGR |
| Plaintiff,              ) |  |
|                                  ) |  |
| vs.                              ) |  |
|                                  ) |  |
| Marvin L. Hicks,                 ) | **ORDER** |
|                                  ) |  |
| Defendant.              ) |  |
|                                  ) |  |
| _____) |  |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on 03/29/2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.
3   DATED this 3rd day of April, 2006.

Lawrence O. Anderson<br>United States Magistrate Judge